UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

The City of Benton Harbor,

    Plaintiff,

v.

The Travelers Indemnity Company of
Connecticut; The Travelers Indemnity
Company; Travelers Property Casualty
Company of America; et al.,

    Defendants.

Case No. 1:25-cv-861
Hon.

Removed from Berrien County
Cause No. 25-0163-CZ

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**

Defendants, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, and Travelers Property Casualty Company of America (collectively "Travelers"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, submit this Notice of Removal from the Berrien County Circuit Court, State of Michigan, to the United States District Court for the Western District of Michigan, Southern Division, the judicial district in which this action is pending.

In support of this Notice of Removal, Travelers states as follows:

**TIMELINESS OF REMOVAL**

1. On or around June 13, 2025, The City of Benton Harbor ("The City"), filed suit against Travelers, captioned *The City of Benton Harbor v. The Travelers Indemnity Company of Connecticut, et al.,* in Berrien County Circuit Court, State of Michigan (the "State Court Action" or "this action").  (**Exhibit A**, Summons and Complaint).

1

61053264.1

2. On July 2, 2025, Travelers received service of the Summons and Complaint (the "Complaint") in the State Court Action. A true and correct copy of the Complaint is attached hereto as **Exhibit A**. *See* 28 U.S.C. § 1446(a). No other pleadings, orders, or processes have been served upon Travelers in the State Court Action.

3. This Notice of Removal is timely filed because it is within thirty (30) days of Travelers being served "a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

## GROUNDS FOR REMOVAL

4. The basis for removal is 28 U.S.C. § 1441, which generally authorizes removal of actions over which the district courts of the United States would have original jurisdiction.

5. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332, the diversity jurisdiction statute, which provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive interest and costs, and is between . . . citizens of different States." 28 U.S.C. § 1332(a)(1).

6. The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, and Travelers Property Casualty Company of America are each an insurance company formed under the laws of the State of Connecticut with its principal place of business in Connecticut.

7. The City is a municipal corporation under the laws of the State of Michigan. (**Exhibit A, ¶ 4**). A Michigan municipal corporation is a citizen of Michigan for purposes of determining jurisdiction. *Siegel v. City of Detroit, Dep't of St. Railways*, 52 F. Supp. 669 (E.D. Mich. 1943).

8. The State Court Action seeks damages from Travelers for breach of contract under certain insurance policies issued to The City by Travelers and a declaration of the rights and duties of Travelers and The City under certain other insurance policies issued to The City by Travelers, all as respect to three underlying lawsuits against The City captioned: (a) *Braziel et al. v. Whitmer et al.*, Case No. 21-00960-HYJ-PJG, pending in the United States District Court for the Western District of Michigan (the "Braziel Action"); (b) A.*M., a minor by and through, Iesha Mitchell, Guardian and Next Friend et al. v. The City of Benton Harbor et al.*, Case No. 1:22-cv-00475-HYJ-PJG, pending in the United States District Court for the Western District of Michigan (the "Mitchell Action"); and (c) *Braziel et al. v. The City of Benton Harbor Water Department et al.*, Case No. 23-0249-NM, pending in the Berrien County Circuit Court, Michigan (the "Braziel State Action") (collectively, the "Underlying Actions"). More specifically, The City seeks monetary damages from Travelers for the alleged breach of the duty to defend The City in the Underlying Actions and for the alleged breach of the duty to indemnify The City in the Underlying Actions under the liability policies as referenced in this action.

9. In addition to Travelers, the State Court Action also names as "defendants," the plaintiffs in the Braziel Action, the plaintiffs in the Mitchell Action, and the plaintiffs in the Braziel State Action (collectively, the "Underlying Plaintiffs"). The State Court Action alleges that all Underlying Plaintiffs are "residents of Michigan" (**Exhibit A, ¶¶ 9, 11**). While naming the Underlying Plaintiffs as "defendants" in this action, The City has no direct claim or request for relief against any of them, such that the Underlying Plaintiffs are fraudulently joined, and the citizenship of these persons should be ignored when determining whether diversity jurisdiction exists here. Alternatively, as detailed below, if the citizenship of the Underlying

Plaintiffs is considered for purposes of determining whether diversity jurisdiction exists, the Underlying Plaintiffs should be realigned as plaintiffs in this action together with The City, with Travelers then being the only defendants (as realigned).

10. If the citizenship of the Underlying Plaintiffs is not considered for purposes of determining diversity jurisdiction (and it should not be considered given their fraudulent joinder), Plaintiff (The City) and Defendants (Travelers) are citizens of different states, such that complete diversity exists in accordance with 28 U.S.C. § 1332.  Alternatively, if the citizenship of the Underlying Plaintiffs is considered for purposes of determining diversity of citizenship, and the Underlying Plaintiffs are properly realigned as plaintiffs in this action along with the Plaintiff (The City), then the realigned Plaintiffs (i.e., the Underlying Plaintiffs and The City) on the one hand, and Defendants (Travelers) on the other hand, are citizens of different states, such that complete diversity exists in accordance with 28 U.S.C. § 1332.

11. In the State Court Action, The City alleges that it is seeking a monetary judgment in excess of $25,000 for defense and indemnification of the Underlying Actions, all which seek substantial relief from The City as a result of the alleged lead contamination of the public water supply in Benton Harbor, Michigan.  Given the scope of the allegations in the Underlying Actions, the amount in controversy alleged by The City is certain to exceed $75,000, exclusive of interest and costs.

12. In particular, the Braziel Action seeks, in part, repairs and compensation of property damage, a delivery of water supply to each impacted home, medical monitoring, including funding and testing, a community medical center, ongoing water and blood testing, compensatory, economic, and non-economic damages, punitive damages, attorneys' fees and litigation expenses.  (**Exhibit A, Exhibit F, pp. 64-66, Relief Requested**).

13. The Mitchell Action seeks, in part, compensatory damages, punitive damages, exemplary damages, pre-judgment and post-judgment interest, and attorneys' fees and litigation expenses. (**Exhibit A, Exhibit E, p. 109, Relief Requested**).

14. The Braziel State Action seeks, in part, repairs and compensation of property damage, a water supply to each impacted home, establishment of medical monitoring, a community medical center, ongoing lead testing, forgiveness of all Benton Harbor loans for replacement of lead water pipes and other related structural infrastructure work, an award of compensatory, economic, non-economic, past, and future damages, past and future punitive damages, and an award of attorneys' fees and litigation expenses. (**Exhibit A, Exhibit D, pp. 57-58, VII. Relief Requested**).

15. In this action, The City alleges that Travelers is obligated pursuant to certain Commercial General Liability Policies, Public Entity Management Liability Policies, and Excess Policies to defend and indemnify The City from the Underlying Actions. The policies that The City has placed at issue each have a per occurrence limit of $1,000,000 and an aggregate limit of liability of $2,000,000 for the Commercial General Liability coverage part, a per wrongful act limit of $1,000,000 and an aggregate limit of liability of $2,000,000 for the Public Entity Management Liability coverage part, and a per occurrence limit of $3,000,000 and an aggregate limit of liability of $3,000,000 for the Excess Policies.

16. This action thus places at issue and in controversy monetary relief and damages that is certain to exceed this Court's jurisdictional minimum of $75,000, exclusive of interest and costs.

17. Because the Underlying Plaintiffs should not be considered for purposes of determining diversity and/or should be realigned as plaintiffs in this action, Travelers is not

5

61053264.1

required to obtain their consent prior to removing the State Court Action.  *McKeen v. Cont'l Cas. Co.*, No. 10-10624, 2010 WL 3325200, *2-3 (E.D. Mich. Aug. 19, 2010).

18. Based on the foregoing, Travelers is entitled to have this cause removed from Berrien County Circuit Court to the United States District Court for the Western District of Michigan because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.  28 U.S.C. § 1332.

### NO RESPONSIVE PLEADING HAS BEEN FILED BY DEFENDANT

19. Travelers has not filed any responsive pleading to the Complaint in Berrien County Circuit Court.

### NOTICE TO PLAINTIFFS AND THE STATE COURT

20. Travelers has served written notice of this filing on counsel for The City, as required by 28 U.S.C. § 1446(d).

21. Travelers has served written notice of this filing on counsel for the Underlying Plaintiffs (who previously agreed to accept service of the Complaint on behalf of the Underlying Plaintiffs).

22. After filing this Notice of Removal, Travelers will transmit a copy of this Notice of Removal to the Berrien County Clerk of Court, as required by 28 U.S.C. § 1446(d).  A copy of the Notice that will be filed with the Berrien County Clerk of Court is attached hereto as **Exhibit B**.

### FRAUDULENT JOINDER

23. The Underlying Plaintiffs were fraudulently joined as "defendants" in this action, such that their citizenship should not be considered for the purpose of determining

whether diversity of citizenship exists. *Feller v. Med. Protective Co.*, No. CIV. 13-14193, 2014 WL 414152, *2 (E.D. Mich. Feb. 4, 2014).

24. The City's claims in this action are all against Travelers. The City has no claims or causes of action against the Underlying Plaintiffs. The City simply notes that Underlying Plaintiffs were added to the State Action for notice and an opportunity to be heard. (**Exhibit A, ¶ 2**).

25. The City has no colorable claim against these Underlying Plaintiffs and seeks no relief from them. In this situation, the citizenship of the Underlying Plaintiffs is ignored when determining whether diversity jurisdiction exists. *Feller*, 2014 WL 414152 at *4, see also *Maher v. Federated Serv. Ins. Co.*, 666 F. App'x 396, 401 (6th Cir. 2016) (dropping "dispensable parties" from the case where no causes of action were brought against those parties); *Curtis v. State Farm Fire & Cas. Co.*, No. 2:14-CV-10934, 2014 WL 3529417, *2 (E.D. Mich. July 16, 2014), *aff'd*, 617 F. App'x 517 (6th Cir. 2015) (complete diversity exists when no claims could survive a Rule 12(b)(6) motion to dismiss against the non-diverse defendant).

26. Given this fraudulent joinder of the Underlying Plaintiffs as "defendants," for purposes of determining diversity of citizenship, this is an action between citizens of different states—Plaintiff (The City) being a Michigan municipality and Defendants (Travelers) being Connecticut corporations, with their principal places of business in Connecticut.

## REALIGNMENT

27. Alternatively, realignment of the Underlying Plaintiffs is warranted.

28. It is well-established that parties are to be aligned in accordance with the primary dispute in the action. *U.S. Fid. & Guar. Co. v. Thomas Solvent Co.*, 955 F.2d 1085, 1089 (6th Cir. 1992). In particular, if "the interests of a party named as a defendant coincide with those of the plaintiff in relation to the purpose of the lawsuit, the named defendant must be realigned as a plaintiff for jurisdictional purposes." *Id*.

29. The interests of The City are completely aligned with those of the Underlying Plaintiffs in that potential insurance recovery by the City for the Underlying Actions would be in their interests.

30. Accordingly, realignment is proper and necessary to conform to the interests of the parties as there is no "actual, substantial controversy" between The City and the Underlying Plaintiffs with respect to potential insurance recovery in this case.

31. As noted, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, and Travelers Property Casualty Company of America are each insurance companies formed under the laws of the State of Connecticut with its principal place of business in Connecticut, The City is a municipal corporation under the laws of the State of Michigan, and the Underlying Plaintiffs are citizens of various states, none including Connecticut. In particular, the citizenship of each of the underlying plaintiffs is as follows:

| **Braziel Plaintiffs** | |
|---|---|
| Daretha Braziel; | Michigan |
| Daretha Braziel, as Next of Friend for minor RB-minor 1; | Michigan |
| Daretha Braziel, as Next of Friend for minor DB-minor 2; | Michigan |
| Daretha Braziel, as Next of Friend for minor DR-minor 3; | Michigan |
| Keesha Jones; | Michigan |
| Keesha Jones, as Next of Friend of minor, KJ-minor 4; | Michigan |
| Keesha Jones, as Next of Friend of minor, DJ-minor 5; | Michigan |
| Keesha Jones, as Next of Friend of minor, TC-minor 6; | Michigan |
| Keesha Jones, as Next of Friend of minors TC-minor 7; | Michigan |

| | |
|---|---|
| Keesha Jones, as Next of Friend of minor, KB-minor 8; | Michigan |
| Ieasha Jones; | Michigan |
| Stacey Branscumb; | Michigan |
| Emma Kinnard | Michigan |

| **Mitchell Plaintiffs** | |
|---|---|
| A.M., a minor by and through, Iesha Mitchell, Guardian and Next Friend | Michigan |
| A.B., a minor by and through, Kea N Bennett, Guardian and Next Friend | Michigan |
| A.L., a minor by and through, Christine Anderson, Guardian and Next Friend | Michigan |
| A.R., a minor by and through, Ronald D Roseburgh, Guardian and Next Friend | Michigan |
| A.F., a minor by and through, Stonesha A Williams, Guardian and Next Friend | Michigan |
| A.M., a minor by and through, Ramona Surray, Guardian and Next Friend | Michigan |
| A.J., a minor by and through, Antwon Johnson, Guardian and Next Friend | Michigan |
| A.G., a minor by and through, Andrea L Gunn, Guardian and Next Friend | Michigan |
| A.W., a minor by and through, Olisha Hill, Guardian and Next Friend | Michigan |
| A.E., a minor by and through, Chakeemala L Jones, Guardian and Next Friend | Michigan |
| A.T., a minor by and through, Constance Woods-Tyler, Guardian and Next Friend | Michigan |
| A.B., a minor by and through, Earnest Bates, Guardian and Next Friend | Michigan |
| A.A., a minor by and through, Betty Washington, Guardian and Next Friend | Michigan |
| A.B., a minor by and through, Earnest Bates, Guardian and Next Friend | Michigan |
| A.B., a minor by and through, Carmela Patton, Guardian and Next Friend | Michigan |
| A.W., a minor by and through, Khanita M Hudson, Guardian and Next Friend | Michigan |
| A.T., a minor by and through, Donesia M Tucker, Guardian and Next Friend | Michigan |
| A.J., a minor by and through, Antwon Johnson, Guardian and Next Friend | Michigan |
| A.L., a minor by and through, Tiffany L Brown, Guardian and Next Friend | Michigan |
| A.M., a minor by and through, Cathy M Murray, Guardian and Next Friend | Michigan |
| A.B., a minor by and through, Mary Burton, Guardian and Next Friend | Michigan |
| A.M., a minor by and through, Mary Burton, Guardian and Next Friend | Michigan |
| A.J., a minor by and through, Mary Burton, Guardian and Next Friend | Michigan |
| A.J., a minor by and through, Mary Burton, Guardian and Next Friend | Michigan |
| A.W., a minor by and through, Shanta Y Watkins, Guardian and Next Friend | Michigan |
| A.H., a minor by and through, Hashim D McCoy, Guardian and Next Friend | Michigan |
| A.T., a minor by and through, Tanisha L Neal, Guardian and Next Friend | Illinois |
| A.F., a minor by and through, Rodney M Ford, Guardian and Next Friend | Michigan |
| A.L., a minor by and through, Nichelle N Johnson, Guardian and Next Friend | Michigan |
| A.H., a minor by and through, Larry T Hooks, Guardian and Next Friend | Michigan |
| A.D., a minor by and through, Lakiesha A Bland, Guardian and Next Friend | Michigan |
| A.L., a minor by and through, Nichelle N Johnson, Guardian and Next Friend | Michigan |
| A.M., a minor by and through, Cheyann M McGee, Guardian and Next Friend | Michigan |
| A.T., a minor by and through, Sonya D Cooper, Guardian and Next Friend | Michigan |

| | |
|---|---|
| A.P., a minor by and through, Kabrina James, Guardian and Next Friend | Michigan |
| A.T., a minor by and through, Priscilla A Taylor, Guardian and Next Friend | Michigan |
| A.H., a minor by and through, Tasha Coleman, Guardian and Next Friend | Michigan |
| A.H., a minor by and through, Corvell L Hardnett, Guardian and Next Friend | Indiana |
| A.H., a minor by and through, Kayla Jones, Guardian and Next Friend | Florida |
| A.M., a minor by and through, Terrell Moore, Guardian and Next Friend | Michigan |
| A.L., a minor by and through, Heather Miller, Guardian and Next Friend | Michigan |
| A.B., a minor by and through, Kevin Bethea, Guardian and Next Friend | Michigan |
| A.W., a minor by and through, Olisha Hill, Guardian and Next Friend | Michigan |
| A.M., a minor by and through, Cathy M Murray, Guardian and Next Friend | Michigan |
| A.G., a minor by and through, Angela Gunn, Guardian and Next Friend | Michigan |
| B.L., a minor by and through, Antonea Brown, Guardian and Next Friend | Michigan |
| B.J., a minor by and through, Jasmine Jones, Guardian and Next Friend | Michigan |
| B.B., a minor by and through, Vernetta Childs, Guardian and Next Friend | Michigan |
| B.M., a minor by and through, Lashaun E Wilson, Guardian and Next Friend | Michigan |
| B.L., a minor by and through, Lakeumiss C Jones, Guardian and Next Friend | Indiana |
| B.H., a minor by and through, Diamond Davis, Guardian and Next Friend | Michigan |
| B.H., a minor by and through, Corvell L Hardnett, Guardian and Next Friend | Indiana |
| B.N., a minor by and through, Emanuel S Norman, Guardian and Next Friend | Michigan |
| C.B., a minor by and through, Catherine J Brown, Guardian and Next Friend | Michigan |
| C.J., a minor by and through, Sara E Zavoral, Guardian and Next Friend | Michigan |
| C.J., a minor by and through, Laura L Ruby, Guardian and Next Friend | Arizona |
| C.B., a minor by and through, Jasmine Jones, Guardian and Next Friend | Michigan |
| C.M., a minor by and through, Tamika N Miller, Guardian and Next Friend | Michigan |
| C.M., a minor by and through, Jahneen K Copeland, Guardian and Next Friend | Michigan |
| C.A. a minor by and through, Rebecca Campbell, Guardian and Next Friend | Michigan |
| C.A., a minor by and through, Keisha Kimble, Guardian and Next Friend | Michigan |
| C.P., a minor by and through, Shawniqua F Bailey, Guardian and Next Friend | California |
| C.B., a minor by and through, Jasmine Boxx, Guardian and Next Friend | Michigan |
| C.M., a minor by and through, Tamica Mosley, Guardian and Next Friend | Michigan |
| C.W., a minor by and through, Sharieka L Bell, Guardian and Next Friend | Michigan |
| C.M., a minor by and through, Therita Micken, Guardian and Next Friend | Michigan |
| C.H., a minor by and through, Corvell L Hardnett, Guardian and Next Friend | Indiana |
| C.T., a minor by and through, Sonya D Cooper, Guardian and Next Friend | Michigan |
| C.M., a minor by and through, Moneshaniea McKinney, Guardian and Next Friend | Michigan |
| D.H., a minor by and through, Michelle Palmer, Guardian and Next Friend | Michigan |
| D.H., a minor by and through, Michelle Palmer, Guardian and Next Friend | Michigan |
| D.W., a minor by and through, Demetrius L White, Guardian and Next Friend | Indiana |
| D.B., a minor by and through, Shanta Y Watkins, Guardian and Next Friend | Michigan |

10

61053264.1

| | |
|---|---|
| D.C., a minor by and through, Latasha Wynn, Guardian and Next Friend | Michigan |
| D.C., a minor by and through, Malik D Ellis, Guardian and Next Friend | Michigan |
| D.C., a minor by and through, Isabel De Los Santos, Guardian and Next Friend | Michigan |
| D.I., a minor by and through, Kayla Jones, Guardian and Next Friend | Florida |
| D.L., a minor by and through, Christine Anderson, Guardian and Next Friend | Michigan |
| D.P., a minor by and through, Jennifer Campbell, Guardian and Next Friend | Michigan |
| D.L., a minor by and through, Christine Anderson, Guardian and Next Friend | Michigan |
| D.E., a minor by and through, Margaret R McClinton, Guardian and Next Friend | Michigan |
| D.R., a minor by and through, Katrina R Randolph, Guardian and Next Friend | Michigan |
| D.C., a minor by and through, Vernetta Childs, Guardian and Next Friend | Michigan |
| D.T., a minor by and through, Priscilla A Taylor, Guardian and Next Friend | Michigan |
| D.L., a minor by and through, Antonea Brown, Guardian and Next Friend | Michigan |
| D.M., a minor by and through, Jenika McGee, Guardian and Next Friend | Michigan |
| D.L., a minor by and through, Antonea Brown, Guardian and Next Friend | Michigan |
| D.W., a minor by and through, Brenda L Washington, Guardian and Next Friend | Michigan |
| D.S., a minor by and through, Andrea Smith, Guardian and Next Friend | Michigan |
| D.H., a minor by and through, Michelle Palmer, Guardian and Next Friend | Michigan |
| D.T., a minor by and through, Schenella A Taylor, Guardian and Next Friend | Michigan |
| D.J., a minor by and through, Yolanda Porter, Guardian and Next Friend | Michigan |
| D.A., a minor by and through, Deborah Carrillo, Guardian and Next Friend | Michigan |
| D.C., a minor by and through, Latasha Wynn, Guardian and Next Friend | Michigan |
| D.C., a minor by and through, China C Collins, Guardian and Next Friend | Michigan |
| D.K., a minor by and through, Katherine L Smith, Guardian and Next Friend | Michigan |
| D.J., a minor by and through, Yolanda Porter, Guardian and Next Friend | Michigan |
| D.N., a minor by and through, Tasha Coleman, Guardian and Next Friend | Michigan |
| D.B., a minor by and through, Jasmine Jones, Guardian and Next Friend | Michigan |
| D.G., a minor by and through, Tenisa Moore, Guardian and Next Friend | Michigan |
| D.D., a minor by and through, Kevin Bethea, Guardian and Next Friend | Michigan |
| D.B., a minor by and through, Catherine J Brown, Guardian and Next Friend | Michigan |
| D.C., a minor by and through, Latasha Wynn, Guardian and Next Friend | Michigan |
| D.K., a minor by and through, Katherine L Smith, Guardian and Next Friend | Michigan |
| D.D., a minor by and through, Conswayla Williams, Guardian and Next Friend | Michigan |
| D.W., a minor by and through, Brittany Ford, Guardian and Next Friend | Michigan |
| D.H., a minor by and through, Connie Horton, Guardian and Next Friend | Michigan |
| D.S., a minor by and through, Jamie Miller, Guardian and Next Friend | Michigan |
| D.W., a minor by and through, Demetrius L White, Guardian and Next Friend | Indiana |
| E.A., a minor by and through, Verna McGruder, Guardian and Next Friend | Michigan |
| E.W., a minor by and through, Lakeumiss C Jones, Guardian and Next Friend | Indiana |
| E.H., a minor by and through, Corvell L Hardnett, Guardian and Next Friend | Indiana |
| E.H., a minor by and through, Kayla Jones, Guardian and Next Friend | Florida |
| E.N., a minor by and through, Emanuel S Norman, Guardian and Next Friend | Michigan |
| E.N., Nichelle N Johnson, Guardian and Next Friend | Michigan |

| | |
|---|---|
| G.G., a minor by and through, Tamika S Gray, Guardian and Next Friend | Michigan |
| I.J., a minor by and through, Katina Plump-Dillard, Guardian and Next Friend | Michigan |
| I.H., a minor by and through, Charmaine Collins, Guardian and Next Friend | Michigan |
| I.D., a minor by and through, Taushenia Daniels, Guardian and Next Friend | Michigan |
| I.D., a minor by and through, Mikshell Turner, Guardian and Next Friend | Michigan |
| I.D., a minor by and through, Mikshell Turner, Guardian and Next Friend | Michigan |
| I.B., a minor by and through, Brittney D Robertson, Guardian and Next Friend | Michigan |
| J.K., a minor by and through, Rashia Kelly, Guardian and Next Friend | Michigan |
| J.S., a minor by and through, Keoma Mathis, Guardian and Next Friend | Michigan |
| J.B., a minor by and through, Natalya Hill, Guardian and Next Friend | Michigan |
| J.K., a minor by and through, Rashia Kelly, Guardian and Next Friend | Michigan |
| J.W., a minor by and through, Conswayla Williams, Guardian and Next Friend | Michigan |
| J.A., a minor by and through, Sharieka L Bell, Guardian and Next Friend | Michigan |
| J.S., a minor by and through, Jennifer L Zandarski, Guardian and Next Friend | Michigan |
| J.B., a minor by and through, China C Collins, Guardian and Next Friend | Michigan |
| J.D., a minor by and through, Jessica L Williams, Guardian and Next Friend | Michigan |
| J.L., a minor by and through, Jenikia McGee, Guardian and Next Friend | Michigan |
| J.B., a minor by and through, Tiffany L Brown, Guardian and Next Friend | Michigan |
| J.D., a minor by and through, Jessica L Williams, Guardian and Next Friend | Michigan |
| J.S., a minor by and through, Eunisha I Jones, Guardian and Next Friend | Michigan |
| J.K., a minor by and through, Keoma Mathis, Guardian and Next Friend | Michigan |
| J.G., a minor by and through, Phyllis J Rodriquez, Guardian and Next Friend | Michigan |
| J.M, a minor by and through, Jenikia McGee, Guardian and Next Friend | Michigan |
| J.B., a minor by and through, Starkesha L Morris, Guardian and Next Friend | Michigan |
| J.S., a minor by and through, Tamico Mosley, Guardian and Next Friend | Michigan |
| J.E., a minor by and through, Margaret R McClinton, Guardian and Next Friend | Michigan |
| J.M., a minor by and through, Starkesha L Morris, Guardian and Next Friend | Michigan |
| J.R., a minor by and through, Kenarda L Rouse, Guardian and Next Friend | Michigan |
| J.L., a minor by and through, Luciana Kuykendoll, Guardian and Next Friend | Michigan |
| J.B., a minor by and through, Tanisha L Neal, Guardian and Next Friend | Illinois |
| J.M., a minor by and through, Sharmaine McClinton, Guardian and Next Friend | Michigan |
| J.M., a minor by and through, Jamie Miller, Guardian and Next Friend | Michigan |
| J.L., a minor by and through, Rashia Kelly, Guardian and Next Friend | Michigan |
| J.M., a minor by and through, Sharmaine McClinton, Guardian and Next Friend | Michigan |
| J.H., a minor by and through, Kendra D Cooper, Guardian and Next Friend | Michigan |
| J.K., a minor by and through, Joeanner L Williams, Guardian and Next Friend | Michigan |
| J.H., a minor by and through, Kendra D Cooper, Guardian and Next Friend | Michigan |
| J.W., a minor by and through, Tenisa Moore, Guardian and Next Friend | Michigan |
| J.M., a minor by and through, Starkesha L Morris, Guardian and Next Friend | Michigan |
| J.B., a minor by and through, Starkesha L Morris, Guardian and Next Friend | Michigan |
| J.M., a minor by and through, Kevin Bethea, Guardian and Next Friend | Michigan |

| | |
|---|---|
| J.R., a minor by and through, Ronald D Roseburgh, Guardian and Next Friend | Michigan |
| J.G., a minor by and through, Vastoria Morrow, Guardian and Next Friend | Michigan |
| J.J., a minor by and through, Eunisha I Jones, Guardian and Next Friend | Michigan |
| J.Y., a minor by and through, Sabrina N Yates, Guardian and Next Friend | Michigan |
| J.W., a minor by and through, Alicia L Warren, Guardian and Next Friend | Michigan |
| J.W., a minor by and through, Brenda L Washington, Guardian and Next Friend | Michigan |
| J.C., a minor by and through, Malik D Ellis, Guardian and Next Friend | Michigan |
| J.P., a minor by and through, Lakiesha A Bland, Guardian and Next Friend | Michigan |
| J.W., a minor by and through, Brittany Ford, Guardian and Next Friend | Michigan |
| J.T., a minor by and through, Mikshell Turner, Guardian and Next Friend | Michigan |
| J.B., a minor by and through, Charmaine Collins, Guardian and Next Friend | Michigan |
| J.J., a minor by and through, Keirra Nicole Jones, Guardian and Next Friend | Michigan |
| J.J., a minor by and through, Keirra Nicole Jones, Guardian and Next Friend | Michigan |
| J.G., a minor by and through, Sabrina K Gacnik, Guardian and Next Friend | Michigan |
| J.S., a minor by and through, Jennifer Campbell, Guardian and Next Friend | Michigan |
| J.J., a minor by and through, Leticia L Jones, Guardian and Next Friend | Michigan |
| J.H., a minor by and through, Victoria Robinson, Guardian and Next Friend | Michigan |
| J.T., a minor by and through, Nicole Tanner, Guardian and Next Friend | Michigan |
| J.M., a minor by and through, Tamico Mosley, Guardian and Next Friend | Michigan |
| J.C., a minor by and through, Keoma Mathis, Guardian and Next Friend | Michigan |
| J.C., a minor by and through, Alecia Howard, Guardian and Next Friend | Michigan |
| J.M., a minor by and through, Jenikia McGee, Guardian and Next Friend | Michigan |
| J.K., a minor by and through, Crystal K Krause, Guardian and Next Friend | Michigan |
| J.M., a minor by and through, Tenisa Moore, Guardian and Next Friend | Michigan |
| J.M., a minor by and through, Therita Micken, Guardian and Next Friend | Michigan |
| J.D., a minor by and through, Mikshell Turner, Guardian and Next Friend | Michigan |
| J.R., a minor by and through, Charity Reed, Guardian and Next Friend | Michigan |
| J.R., a minor by and through, Isabel De Los Santos, Guardian and Next Friend | Michigan |
| J.W., a minor by and through, Tiffany Campbell, Guardian and Next Friend | Michigan |
| J.W., a minor by and through, Tiffany Campbell, Guardian and Next Friend | Michigan |
| J.M., a minor by and through, Tenisa Moore, Guardian and Next Friend | Michigan |
| K.B., a minor by and through, Dennee Brown, Guardian and Next Friend | Michigan |
| K.P., a minor by and through, Tyler C Vaughn, Guardian and Next Friend | Michigan |
| K.J., a minor by and through, Terrell Moore, Guardian and Next Friend | Michigan |
| K.K., a minor by and through, Joeanner L Williams, Guardian and Next Friend | Michigan |
| K.J., a minor by and through, Kabrina James, Guardian and Next Friend | Michigan |
| K.C., a minor by and through, Denise D Hill, Guardian and Next Friend | Michigan |
| K.B., a minor by and through, Lashaun E Wilson, Guardian and Next Friend | Michigan |
| K.K., a minor by and through, Keisha Kimble, Guardian and Next Friend | Michigan |
| K.P., a minor by and through, Shawniqua F Bailey, Guardian and Next Friend | California |
| K.R., a minor by and through, Jasmine Jones, Guardian and Next Friend | Michigan |
| K.W., a minor by and through, Kenyada Williams, Guardian and Next Friend | Michigan |

61053264.1

| | |
|---|---|
| K.M., a minor by and through, Dominique Alexander, Guardian and Next Friend | Michigan |
| K.D., a minor by and through, Kenneth N Delaney, Guardian and Next Friend | Michigan |
| K.M., a minor by and through, Kenyetta A Brown, Guardian and Next Friend | Indiana |
| K.P., a minor by and through, Dashawn D Perry, Guardian and Next Friend | Michigan |
| K.W., a minor by and through, Eddie B Erby, Guardian and Next Friend | Michigan |
| K.H., a minor by and through, Lawanda L Morrow, Guardian and Next Friend | Michigan |
| K.C., a minor by and through, Denise D Hill, Guardian and Next Friend | Michigan |
| K.D., a minor by and through, Kenneth N Delaney, Guardian and Next Friend | Michigan |
| K.D., a minor by and through, Kenneth Delaney, Guardian and Next Friend | Michigan |
| K.F., a minor by and through, Tyler C Vaughn, Guardian and Next Friend | Michigan |
| K.V., a minor by and through, Tyler C Vaughn, Guardian and Next Friend | Michigan |
| K.J., a minor by and through, Jennifer Campbell, Guardian and Next Friend | Michigan |
| K.N., a minor by and through, Tawana M Nash, Guardian and Next Friend | Michigan |
| K.Y., a minor by and through, Sabrina N Yates, Guardian and Next Friend | Michigan |
| K.M., a minor by and through, Dale J Montemayor, Guardian and Next Friend | Michigan |
| K.S., a minor by and through, Destiny M Willis, Guardian and Next Friend | Michigan |
| K.T., a minor by and through, Schenella A Taylor, Guardian and Next Friend | Michigan |
| K.V., a minor by and through, Teaquila M Jones, Guardian and Next Friend | Michigan |
| K.W., a minor by and through, Eddie B Erby, Guardian and Next Friend | Michigan |
| K.C., a minor by and through, Kabrina James, Guardian and Next Friend | Michigan |
| K.M., a minor by and through, Adrienne Cox, Guardian and Next Friend | Michigan |
| K.P., a minor by and through, Shawniqua F Bailey, Guardian and Next Friend | California |
| K.K., a minor by and through, Kyra Strange, Guardian and Next Friend | Michigan |
| K.L., a minor by and through, Kyra Strange, Guardian and Next Friend | Michigan |
| L.M., a minor by and through, Chrystal Moore, Guardian and Next Friend | Michigan |
| L.W., a minor by and through, Ladona K Napier, Guardian and Next Friend | Michigan |
| L.F., a minor by and through, Leon Fox, Guardian and Next Friend | Michigan |
| L.P., a minor by and through, Kanesha Phillips, Guardian and Next Friend | Michigan |
| L.F., a minor by and through, Leon Fox, Guardian and Next Friend | Michigan |
| L.S., a minor by and through, Margaret R McClinton, Guardian and Next Friend | Michigan |
| L.H., a minor by and through, Kendra D Cooper, Guardian and Next Friend | Michigan |
| L.W., a minor by and through, Victoria Robinson, Guardian and Next Friend | Michigan |
| L.G., a minor by and through, Vastoria Morrow, Guardian and Next Friend | Michigan |
| L.C., a minor by and through, Shiyuanna N Campbell, Guardian and Next Friend | Michigan |
| L.C., a minor by and through, Shiyuanna N Campbell, Guardian and Next Friend | Michigan |
| L.W., a minor by and through, Rickytria Walker, Guardian and Next Friend | Michigan |
| L.M., a minor by and through, Moneshaniea McKinney, Guardian and Next Friend | Michigan |
| L.T., a minor by and through, Arianne Tobin, Guardian and Next Friend | Michigan |

| | |
|---|---|
| L.T., a minor by and through, Arianne Tobin, Guardian and Next Friend | Michigan |
| L.F., a minor by and through, Leon Fox, Guardian and Next Friend | Michigan |
| L.F., a minor by and through, Leon Fox, Guardian and Next Friend | Michigan |
| L.F., a minor by and through, Leon Fox, Guardian and Next Friend | Michigan |
| L.T., a minor by and through, Sonya D Cooper, Guardian and Next Friend | Michigan |
| L.H., a minor by and through, Olisha Hill, Guardian and Next Friend | Michigan |
| L.P., a minor by and through, Kanesha Phillips, Guardian and Next Friend | Michigan |
| L.S., a minor by and through, Jennifer Campbell, Guardian and Next Friend | Michigan |
| L.H., a minor by and through, Larry T Hooks, Guardian and Next Friend | Michigan |
| L.B., a minor by and through, Jasmine K Broadway, Guardian and Next Friend | Michigan |
| L.M., a minor by and through, Heather Miller, Guardian and Next Friend | Michigan |
| L.L., a minor by and through, Dennee Brown, Guardian and Next Friend | Michigan |
| L.M., a minor by and through, Walter Sanders, Guardian and Next Friend | Michigan |
| L.T., a minor by and through, Arianne Tobin, Guardian and Next Friend | Michigan |
| L.N., a minor by and through, Terri Nelson, Guardian and Next Friend | Michigan |
| M.B., a minor by and through, Jasmine Boxx, Guardian and Next Friend | Michigan |
| M.M., a minor by and through, Ramona Surray, Guardian and Next Friend | Michigan |
| M.C., a minor by and through, Shimika K Colvin, Guardian and Next Friend | Michigan |
| M.S., a minor by and through, Teaquila M Jones, Guardian and Next Friend | Michigan |
| M.L., a minor by and through, Christine Anderson, Guardian and Next Friend | Michigan |
| M.P., a minor by and through, Ramona Surray, Guardian and Next Friend | Michigan |
| M.J., a minor by and through, Alecia Howard, Guardian and Next Friend | Michigan |
| M.R., a minor by and through, Sharmaine McClinton, Guardian and Next Friend | Michigan |
| M.J., a minor by and through, Conswayla Williams, Guardian and Next Friend | Michigan |
| M.A., a minor by and through, Deborah Carrillo, Guardian and Next Friend | Michigan |
| M.G., a minor by and through, Shiyuanna N Campbell, Guardian and Next Friend | Michigan |
| M.P., a minor by and through, Ramona Surray, Guardian and Next Friend | Michigan |
| M.W., a minor by and through, Ladona K Napier, Guardian and Next Friend | Michigan |
| M.S., a minor by and through, Margaret R Mcclinton, Guardian and Next Friend | Michigan |
| M.N., a minor by and through, Terri Nelson, Guardian and Next Friend | Michigan |
| M.P., a minor by and through, Ramona Surray, Guardian and Next Friend | Michigan |
| M.S., a minor by and through, Keirra Nicole Jones, Guardian and Next Friend | Michigan |
| M.C., a minor by and through, Malik D Ellis, Guardian and Next Friend | Michigan |
| M.D., a minor by and through, Melvin Davis, Guardian and Next Friend | Michigan |
| M.D., a minor by and through, Tamia Walker, Guardian and Next Friend | Michigan |
| M.P., a minor by and through, Ramona Surray, Guardian and Next Friend | Michigan |
| M.J., a minor by and through, Conswayla Williams, Guardian and Next Friend | Michigan |
| M.J., a minor by and through, Nyiesha James, Guardian and Next Friend | Michigan |

| | |
|---|---|
| M.M., a minor by and through, Phyllis J Rodriquez, Guardian and Next Friend | Michigan |
| M.G., a minor by and through, Tamika S Gray, Guardian and Next Friend | Michigan |
| M.L., a minor by and through, Twanquella I Johnson, Guardian and Next Friend | Ohio |
| M.H., a minor by and through, Lawanda L Morrow, Guardian and Next Friend | Michigan |
| N.H., a minor by and through, Kendra D Cooper, Guardian and Next Friend | Michigan |
| N.W., a minor by and through, Ladona K Napier, Guardian and Next Friend | Michigan |
| N.J., a minor by and through, Sara E Zavoral, Guardian and Next Friend | Michigan |
| N.M., a minor by and through, Adrienne Cox, Guardian and Next Friend | Michigan |
| N.R., a minor by and through, Quatila D Robertson, Guardian and Next Friend | Michigan |
| N.M., a minor by and through, Brian McKinney, Guardian and Next Friend | Michigan |
| N.D., a minor by and through, Conswayla Williams, Guardian and Next Friend | Michigan |
| N.R., a minor by and through, Quatila D Robertson, Guardian and Next Friend | Michigan |
| N.H., a minor by and through, Lawanda L Morrow, Guardian and Next Friend | Michigan |
| N.K., a minor by and through, Katherine Kavanaugh, Guardian and Next Friend | Michigan |
| N.J., a minor by and through, Nyiesha James, Guardian and Next Friend | Michigan |
| P.S., a minor by and through, Andrea L Gunn, Guardian and Next Friend | Michigan |
| P.O., a minor by and through, Phillip Ogden, Guardian and Next Friend | Michigan |
| P.G., a minor by and through, Andrea L Gunn, Guardian and Next Friend | Michigan |
| P.S., a minor by and through, Jessica L Williams, Guardian and Next Friend | Michigan |
| Q.R., a minor by and through, Laura L Ruby, Guardian and Next Friend | Arizona |
| R.K., a minor by and through, Rashia Kelly, Guardian and Next Friend | Michigan |
| R.S., a minor by and through, Denise D Hill, Guardian and Next Friend | Michigan |
| R.B., a minor by and through, Linda Doss, Guardian and Next Friend | Michigan |
| R.C., a minor by and through, Shidahsa T Ware, Guardian and Next Friend | Michigan |
| R.L., a minor by and through, Rashia Kelly, Guardian and Next Friend | Michigan |
| R.R., a minor by and through, Shimika K Colvin, Guardian and Next Friend | Michigan |
| R.B., a minor by and through, Jasmine Boxx, Guardian and Next Friend | Michigan |
| R.F., a minor by and through, Rodney M Ford, Guardian and Next Friend | Michigan |
| R.G., a minor by and through, Cheyann M McGee, Guardian and Next Friend | Michigan |
| R.R., a minor by and through, Quatila D Robertson, Guardian and Next Friend | Michigan |
| R.B., a minor by and through, Linda Doss, Guardian and Next Friend | Michigan |
| R.B., a minor by and through, China C Collins, Guardian and Next Friend | Michigan |
| S.T., a minor by and through, Nicole Tanner, Guardian and Next Friend | Michigan |
| S.T., a minor by and through, Nicole Tanner, Guardian and Next Friend | Michigan |
| S.H., a minor by and through, Danielle Carter, Guardian and Next Friend | Michigan |
| S.A., a minor by and through, Porsche Bowman, Guardian and Next Friend | Michigan |
| S.R., a minor by and through, Tiffany L Brown, Guardian and Next Friend | Michigan |
| S.E., a minor by and through, Chakeemala L Jones, Guardian and Next Friend | Michigan |

| | |
|---|---|
| S.T., a minor by and through, Nicole Tanner, Guardian and Next Friend | Michigan |
| S.M., a minor by and through, Moneshaniea McKinney, Guardian and Next Friend | Michigan |
| S.M., a minor by and through, Hashim D Mccoy, Guardian and Next Friend | Michigan |
| S.N., a minor by and through, Tawana M Nash, Guardian and Next Friend | Michigan |
| S.B., a minor by and through, China C Collins, Guardian and Next Friend | Michigan |
| S.T., a minor by and through, Schenella A Taylor, Guardian and Next Friend | Michigan |
| S.W., a minor by and through, Brittany Ford, Guardian and Next Friend | Michigan |
| S.B., a minor by and through, Kea N Bennett, Guardian and Next Friend | Michigan |
| S.K., a minor by and through, Katherine L Smith, Guardian and Next Friend | Michigan |
| S.J., a minor by and through, Lakeumiss C Jones, Guardian and Next Friend | Indiana |
| S.B., a minor by and through, Charlene Dortch, Guardian and Next Friend | Michigan |
| S.G., a minor by and through, Nicole Tanner, Guardian and Next Friend | Michigan |
| S.T., a minor by and through, Sonya D Cooper, Guardian and Next Friend | Michigan |
| T.L., a minor by and through, Twanquella I Johnson Guardian and Next Friend | Ohio |
| T.L., a minor by and through, Twanquella I Johnson, Guardian and Next Friend | Ohio |
| T.B., a minor by and through, Samantha Byrd, Guardian and Next Friend | Michigan |
| T.W., a minor by and through, Teresa Walker, Guardian and Next Friend | Michigan |
| T.H., a minor by and through, Larry T Hooks, Guardian and Next Friend | Michigan |
| T.N., a minor by and through, Tanisha L Neal, Guardian and Next Friend | Illinois |
| T.H., a minor by and through, Tasha Coleman, Guardian and Next Friend | Michigan |
| T.N., a minor by and through, Tanisha L Neal, Guardian and Next Friend | Illinois |
| T.F., a minor by and through, Michelle Floyd, Guardian and Next Friend | Michigan |
| T.L., a minor by and through, Twanquella I Johnson, Guardian and Next Friend | Ohio |
| T.T., a minor by and through, Priscilla A Taylor, Guardian and Next Friend | Michigan |
| T.W., a minor by and through, Taushenia Daniels, Guardian and Next Friend | Michigan |
| T.J., a minor by and through, Lakeumiss C Jones, Guardian and Next Friend | Indiana |
| T.B., a minor by and through, Samantha Byrd, Guardian and Next Friend | Michigan |
| T.B., a minor by and through, Samantha Byrd, Guardian and Next Friend | Michigan |
| T.M., a minor by and through, Terrell Moore, Guardian and Next Friend | Michigan |
| T.H., a minor by and through, Dontae L Henderson, Guardian and Next Friend | Michigan |
| T.M., a minor by and through, Larry T Hooks, Guardian and Next Friend | Michigan |
| T.H., a minor by and through, Dontae L Henderson, Guardian and Next Friend | Michigan |
| T.M., a minor by and through, Larry T Hooks, Guardian and Next Friend | Michigan |
| T.T., a minor by and through, Donesia M Tucker, Guardian and Next Friend | Michigan |
| T.A., a minor by and through, Rebecca Campbell, Guardian and Next Friend | Michigan |
| T.H., a minor by and through, Hashim D Mccoy, Guardian and Next Friend | Michigan |
| T.W., a minor by and through, Teresa Walker, Guardian and Next Friend | Michigan |
| T.T., a minor by and through, Schenella A Taylor, Guardian and Next Friend | Michigan |

| | |
|---|---|
| T.R., a minor by and through, Melvin Davis, Guardian and Next Friend | Michigan |
| T.J., a minor by and through, Falicia C Osler, Guardian and Next Friend | Michigan |
| T.C., a minor by and through, Vernetta Childs, Guardian and Next Friend | Michigan |
| T.J., a minor by and through, Chakeemala L Jones, Guardian and Next Friend | Michigan |
| T.T., a minor by and through, Schenella A Taylor, Guardian and Next Friend | Michigan |
| V.J., a minor by and through, Chakeemala L Jones, Guardian and Next Friend | Michigan |
| W.B., a minor by and through, Kevin Bethea, Guardian and Next Friend | Michigan |
| W.L., a minor by and through, Cadija Roseman, Guardian and Next Friend | Michigan |
| W.B., a minor by and through, Kevin Bethea, Guardian and Next Friend | Michigan |
| W.H., a minor by and through, Tamika N Miller, Guardian and Next Friend | Michigan |
| W.R., a minor by and through, Kenarda L Rouse, Guardian and Next Friend | Michigan |
| Z.S., a minor by and through, Dontae L Henderson, Guardian and Next Friend | Michigan |
| Z.V., a minor by and through, Tyler C Vaughn, Guardian and Next Friend | Michigan |
| Z.B., a minor by and through, Raekkya Taylor, Guardian and Next Friend | Michigan |
| Z.B., a minor by and through, Ronald D Roseburgh, Guardian and Next Friend | Michigan |
| Z.G., a minor by and through, Vastoria Morrow, Guardian and Next Friend | Michigan |
| Z.J., a minor by and through, Ashley T Jefferson, Guardian and Next Friend | Michigan |

| **Braziel State Plaintiffs** | |
|---|---|
| Daretha Braziel | Michigan |
| Daretha Braziel, as Next Friend for D.B. (minor 1); | Michigan |
| Daretha Braziel, as Next Friend for D.R. (minor 2); | Michigan |
| Keesha Jones; | Michigan |
| Keesha Jones, as Next Friend for D.J. (minor 3); | Michigan |
| Keesha Jones, as Next Friend for T.M.C. (minor 4); | Michigan |
| Keesha Jones, as Next Friend for T.C. (minor 5); | Michigan |
| Keesha Jones, as Next Friend for K.L.B. (minor 6); | Michigan |
| Ieasha Jones; | Michigan |
| Ieasha Jones, as Next Friend for D.J. (minor 7); | Michigan |
| Ieasha Jones, as Next Friend for K.F. (minor 8); | Michigan |
| Ieasha Jones, as Next Friend for S.J. (minor 9); | Michigan |
| Ieasha Jones, as Next Friend for D.A.J. (minor 10); | Michigan |
| Emma Kinnard; | Michigan |
| Stacey Branscumb; | Michigan |
| Michael D. Brigham. | Michigan |

61053264.1

32. Further, while diversity of citizenship of a minor is determined by the citizenship of her/his Next Friend only, Travelers is unaware of any information suggesting that any of the minors are citizens of Connecticut.

33. Thus, there is complete diversity of citizenship among the realigned parties in this case.  28 U.S.C. § 1332(a)(1).

## NON-WAIVER OF DEFENSES

34. By removing this action from the Berrien County Court, Travelers does not waive any defenses available to it or admit any of the allegations in The City's Complaint.

35. Travelers reserves the right to supplement this Notice of Removal if it becomes necessary to do so.

WHEREFORE, Travelers respectfully requests that this action proceed in this Court as a removed claim or case or action under 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted,

*/s/Charles W. Browning*
Charles W. Browning (P32978)
Danielle R. Chidiac (P84650)
PLUNKETT COONEY
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 901-4000 (Office)
(248) 901-4040 (Fax)
cbrowning@plunkettcooney.com
dchidiac@plunkettcooney.com
***Attorneys for Defendant***

Dated:  July 30, 2025

61053264.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system and that I have served the foregoing document via electronic mail or by United Parcel Service to any parties that are not ECF participants.

        */s/Charles W. Browning*
        Charles W. Browning (P32978)
        PLUNKETT COONEY

61053264.1